This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-39351

**LEE HUNT, as the Wrongful Death Personal Representative of the ESTATE OF JORGE LUIS ROMO GONZALEZ; CARMEN YOLANDA RUIZ FRANCO, as Next Friend of JORGE LUIS ROMO RUIZ; and ADRIANA ROCIO ARBALLO, as Next Friend of ARLEEN ARBALLO ROMO,**

  Plaintiffs-Appellants,

v.

**HALLMARK COUNTY MUTUAL INSURANCE COMPANY, INC.,**

  Defendant-Appellee,

and

**ALDO'S SERVICE TRUCK, L.L.C. and PEDRO J. PONCE-COSS,**

  Defendants.

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY**
**Matthew Justin Wilson, District Judge**

Chapa Law Group, P.C.
Miguel J. Chapa
San Antonio, TX

for Appellants

James H. Johansen
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**IVES, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**ZACHARY A. IVES, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**JANE B. YOHALEM, Judge**